IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MATTHEW LOVETT, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CONNECT AMERICA.COM t/a CONNECTAMERICA | : | NO. 14-2596 |

## O R D E R

AND NOW, this 11th day of September, 2015, upon consideration of Plaintiffs' Unopposed Motion for Approval of Fair Labor Standards Act Collective Action Settlement, and all documents submitted in support thereof, IT IS HEREBY ORDERED that the Motion is GRANTED. The court GRANTS final certification of the collective action and APPROVES the Settlement Agreement and Release of Claims. The action is DISMISSED WITH PREJUDICE.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.